1    KILPATRICK TOWNSEND & STOCKTON LLP
     MANSI H. SHAH (State Bar No. 244669)
2    mhshah@kilpatricktownsend.com
     NORRIS P. BOOTHE (State Bar No. 307702)
3    nboothe@kilpatricktownsend.com
     1080 Marsh Road
4    Menlo Park, CA  94025
     Telephone:   650-326-2400
5    Facsimile:    650-326-2422

6    Attorneys for Plaintiff
     YUNTEK INTERNATIONAL, INC.

7

8                  UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11    YUNTEK INTERNATIONAL, INC.,
     a California corporation,

12          Plaintiff,

13    v.

14    GO PET CLUB LLC,

15          Defendant.

Case No.

**COMPLAINT FOR PATENT
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**



COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Yuntek International, Inc. ("Yuntek") alleges as follows against Defendant Go Pet Club LLC ("GPC"):

### INTRODUCTION

1.      Yuntek designs and develops pet homes and carriers, including its Pet Tent product.  Yuntek has several patents on these products, including U.S. Patent No 6,715,446 (the '446 Patent), entitled "Pet Tent."

2.      GPC manufactures pet carriers and homes, including the GPC soft crate for pets model AG 24. GPC sells its products, including the GPC soft crate for pets model AG 24, online through prominent retailers such as Amazon.com, Walmart.com and a long list of other third party online sellers.

3.      The GPC soft crate for pets product line infringes the '446 Patent, and GPC has no right to practice the claims of '446 Patent.  On information and belief, GPC created the GPC soft crate for pets by copying the design of Yuntek's Pet Tent product.

### JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

4.      This Action arises under the patent laws of the United States of America, including 35 U.S.C. §§ 271 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).  This Court has personal jurisdiction over GPC because it places infringing products into the stream of commerce, with the knowledge or understanding that such products are sold in the State of California, including in this District.  Further, GPC is headquartered in this district with its principle place of business at 6818 Patterson Pass Road, Suite H, Livermore, California 94550.  In addition, GPC's acts have caused injury to Yuntek within this District.

5.      Venue is proper in this District under 28 U.S.C. § 1400(b).  GPC is headquartered in this district with its principle place of business at  6818 Patterson Pass Road, Suite H, Livermore, California 94550.  In addition, venue is proper because GPC has a regular and established place of business in this district where it has and continues to commit acts of infringement.

6.      Under Civil L.R. 3-2(c), this is an intellectual property matter subject to assignment in any Division of this District.



COMPLAINT FOR PATENT INFRINGEMENT                                                          - 1 -

**PARTIES**

7.     Yuntek is a corporation organized under the laws of the State of California with its principal place of business in Hayward, California.

8.     GPC is a corporation organized under the laws of Texas with its headquarters located at 6818 Patterson Pass Road, Suite H, Livermore, California 94550.

**GENERAL ALLEGATIONS**

9.     Yuntek is the owner by assignment of, and holder of all substantial rights in, U.S. Patent No 6,715,446, entitled "Pet Tent," which was duly and legally issued on April 6, 2004.  A copy of the '446 Patent is attached as Exhibit A.

10.     Yuntek's Pet Tent product practices the inventions of the '446 Patent, and Yuntek has continuously marked the product with the '446 Patent for more than a decade during which Yuntek has offered it for sale.

11.     On information and belief, GPC "cloned" the design of Yuntek's Pet Tent and arranged to have it manufactured.  GPC offers to sell and sells that cloned product under the name Go Pet Club Soft Crate.  The GPC Soft Crate product line, including Go Pet Club Soft Crate model AG 24, infringes claims of the '446 Patent, including but not limited to claim 6.

12.     GPC sells and offers to sell the Go Pet Club Soft Crate to consumers through retailers such as Amazon, Walmart, other online sellers and, in certain instances, in stores.

13.     Yuntek informed GPC of its infringement by email on December 4, 2017 and GPC has been aware of its infringement of the '446 Patent since at least this date.  GPC's conduct since at least when it was informed of its infringement has been willful, meriting enhanced damages to Yuntek.

**FIRST CAUSE OF ACTION**

**(Infringement of the '446 Patent)**

14.     Yuntek incorporates Paragraphs 1 through 13 above as though set forth herein.

15.     In violation of 35 U.S.C. § 271(a), GPC has infringed and continues to infringe one or more of the claims in the '446 Patent, including but not limited to claim 6, literally and/or under the doctrine of equivalents, by importing, selling, and/or offering for sale its GPC soft crate for



COMPLAINT FOR PATENT INFRINGEMENT                                                              - 2 -

pets, in the United States.

16.     In violation of 35 U.S.C. § 271(b), GPC induces its retailer partners and other distributors to infringe one or more of the claims in the '446 Patent, including but not limited to claim 6, literally and/or under the doctrine of equivalents, by inducing those partners to import, sell, and/or offer for sale GPC soft crate for pets products in the United States.

17.     Under 35 U.S.C. § 284, Yuntek is entitled to recover from GPC the damages Yuntek has suffered as a result of GPC's infringement of the '446 Patent, including Yuntek's lost profits, in an amount to be proven at trial, but in no case less than a reasonable royalty.  Yuntek is also entitled to recover pre-judgment interest.

18.     On information and belief, GPC's infringement of the '446 Patent is and has been willful in that GPC was aware of the '446 Patent when it introduced its GPC soft crate for pets to the market.  Accordingly, Yuntek is entitled to recover enhanced damages up to three times the amount of damages awarded under 35 U.S.C. § 284.

19.     GPC.'s infringement of the '446 Patent has caused and will continue to cause irreparable harm to Yuntek unless GPC is enjoined by this Court pursuant to 35 U.S.C. § 283. Yuntek has no adequate remedy at law.

20.     As demonstrated by the facts above, this case is exceptional under 35 U.S.C. § 285, and Yuntek is entitled to recover its reasonable attorneys' fees.

**PRAYER**

Yuntek prays for judgment against GPC as follows:

1.     Enter a judgment that GPC has infringed claims of the '446 Patent literally and/or under the doctrine of equivalents;

2.     Grant a permanent injunction against GPC, its agents, servants, employees, officers, directors, successors, affiliates and assigns, and all others in concert or privity with it, from making, using, offering to sell, selling, or importing into the United States, the Go Pet Club Soft Crate and any product that is not colorably different from it;

3.     Award damages, enhanced damages and prejudgment interest to Yuntek under 35 U.S.C. § 284;



4.    Declare that the case is exceptional and correspondingly award Yuntek attorney fees and costs under 35 U.S.C. § 285;

5.    Grant such other and further relief as this Court may deem just and proper.

### JURY TRIAL DEMAND

Yuntek hereby demands a trial by jury on all issues triable to a jury.


DATED:  May 29, 2019                    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Norris P. Boothe*
    NORRIS P. BOOTHE
    MANSI H. SHAH

Attorneys for Plaintiff
Yuntek International, Inc.



# EXHIBIT A

**Plaintiff Yuntek International, Inc.'s
Complaint for Patent Infringement**

US006715446B2

(12) **United States Patent**                    (10) Patent No.:     **US 6,715,446 B2**

Chou                                            (45) Date of Patent:        **Apr. 6, 2004**

(54) **PET TENT**

(75) Inventor:   **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee:   **Yuntek International, Inc.**, Hayward, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/290,553**

(22) Filed:      **Nov. 8, 2002**

(65)            **Prior Publication Data**

US 2003/0089316 A1 May 15, 2003

(30)            **Foreign Application Priority Data**

Nov. 9, 2001   (CN) ....................................... 01 2 57894 U

(51) **Int. Cl.**[7] ........................ **A01K 29/00**; A01K 13/00; A45C 7/00; E04H 15/40

(52) **U.S. Cl.** ........................ **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Search** ................................. 119/497, 482, 119/496, 474, 498, 500, 786, 453; D30/108, 109; 190/102, 107, 108, 114, 124; 206/278; 135/95, 124, 126, 128

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 611,753 | A | * | 10/1898 | Hoskins | .......................... 43/55 |
| 1,443,901 | A | * | 1/1923 | Murray | ........................... 220/6 |
| 2,121,658 | A | * | 6/1938 | Gehret | ....................... 119/474 |
| 2,170,379 | A | | 8/1939 | Ortt | |
| 2,254,578 | A | * | 9/1941 | O'Brien | ...................... 190/107 |
| 2,516,869 | A | * | 8/1950 | Harris | ........................ 135/126 |
| 2,538,778 | A | | 1/1951 | Halpin | |
| 2,987,043 | A | * | 6/1961 | Spindler | ...................... 119/786 |
| 3,048,147 | A | * | 8/1962 | McKean | ........................... 220/6 |
| 3,611,994 | A | * | 10/1971 | Bailey et al. | ................ 119/496 |
| 3,675,667 | A | * | 7/1972 | Miller | ........................ 135/126 |
| 4,397,398 | A | * | 8/1983 | Watanabe | ....................... 220/7 |

| | | | | | |
|---|---|---|---|---|---|
| 4,665,935 | A | * | 5/1987 | Nichols | ........................ 135/125 |
| 4,895,230 | A | * | 1/1990 | King | ........................... 190/107 |
| 4,909,188 | A | * | 3/1990 | Tominaga | ................... 119/474 |
| 4,977,857 | A | * | 12/1990 | Slawinski | ................... 119/497 |
| 5,016,570 | A | * | 5/1991 | Henson | ...................... 119/497 |
| 5,072,694 | A | * | 12/1991 | Haynes et al. | ............. 119/482 |
| 5,078,096 | A | * | 1/1992 | Bishop et al. | ............. 119/497 |
| 5,881,678 | A | * | 3/1999 | Morley | ...................... 119/496 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2029204 A | | 3/1980 |
| WO | WO 94/18822 | * | 9/1994 |

OTHER PUBLICATIONS

Doskocil Manufacturing Company Website Home Page, available at www.petmate.com (accessed Jan. 24, 2003). Doskocil Manufacturing Company Website for Portable Pet Homes, available at www.petmate.com/Catalog.plx?ID= 1559 (accessed Jan. 24, 2003).

*Primary Examiner*—Yvonne Abbott

(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57)            **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.

**30 Claims, 4 Drawing Sheets**



**US 6,715,446 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,931,120 | A | * | 8/1999 | Burns et al. ............... 119/497 |
| 6,021,740 | A | | 2/2000 | Martz |
| 6,076,485 | A | * | 6/2000 | Peeples et al. ............. 119/497 |
| 6,082,305 | A | * | 7/2000 | Burns et al. ............... 119/497 |
| 6,109,281 | A | * | 8/2000 | Lowenthal ................. 135/125 |
| 6,131,534 | A | * | 10/2000 | Axelrod ..................... 119/499 |
| 6,155,206 | A | | 12/2000 | Godshaw |
| 6,209,557 | B1 | * | 4/2001 | Zheng ....................... 135/126 |
| 6,257,263 | B1 | * | 7/2001 | Brereton ..................... 135/126 |
| 6,286,461 | B1 | | 9/2001 | Martz |
| 6,286,462 | B1 | * | 9/2001 | Burns ........................ 119/497 |
| 6,289,910 | B1 | * | 9/2001 | Zheng ....................... 135/125 |
| 6,334,519 | B1 | * | 1/2002 | Tong ......................... 190/107 |
| 6,363,955 | B1 | * | 4/2002 | Louie ........................ 135/126 |
| 6,443,274 | B1 | * | 9/2002 | Klamm ..................... 190/18 A |
| 6,446,577 | B1 | * | 9/2002 | Salahor ..................... 119/497 |

* cited by examiner

Case 3:19-cv-02947   Document 1   Filed 05/29/19   Page 9 of 21



# FIG. - 1

Case 3:19-cv-02947   Document 1   Filed 05/29/19   Page 10 of 21



FIG. - 2



**FIG. - 3**



# FIG. - 4

US 6,715,446 B2

1

# PET TENT

## FIELD OF THE INVENTION

This patent pertains to the construction of a pet tent where pets can rest. The pet tent has an "upside down U" shape (dome shaped) frame at the front and back panels of the tent; the top of the front and back panels are connected to the main body with zippers; the bottom of the front and back panels are sewn together with the main body; there are mesh windows on the two side panels; there is an opening on the front panel; the opening on the front panel is covered by a mesh shade which can be rolled up and held in place by suitable material such as Velcro® at the top of the front panel; the sides and bottom of the mesh shade are attached to the front panel with zippers; there is no mesh window on the back panel. When the mesh shade on the front panel is unzipped and rolled up, the pet is allowed entrance into the tent for rest; when not in use, the front and back panels of the tent could be unzipped and folded down for storage. The construction is simple and easy to use.

## BACKGROUND OF THE INVENTION

As people's living standards increase, raising pets has become a popular hobby for many. Pets bring comfort and joy to their owners. Pets, like people, need rest. Pet-owners are keenly aware of this. Pets need a proper place to rest. Traditional hard surfaced cages and containers do not provide a suitable restful environment for the pet.

## SUMMARY OF THE INVENTION

The purpose of this pet tent is to accommodate the needs of both pets and people. When in use, it can be opened up for pets to rest; when not in use, it can be folded down and stored away in a self-contained storage bag.

The design and structure is as follows: this pet tent has a main body, front and back panel; the frame of the front and back panel are in the "upside down U" (dome) shape; the top and sides of the front and back panels are connected to the main body with zippers; the bottom of the front and back panels are sewn to the main body; mesh windows are on the sides of the main body; shades are on the outside of the windows; Velcro® is sewn on the inside of the shades; top of the shades are sewn to the main body of the tent; bottom of the shades are attached to the main body with Velcro®; Velcro® is sewn above the top of the shades; the bottom of the two sides of the main body are harnessed with webbing loops and hardware; webbing handle are sewn on the lid (U-shaped dome); there is an opening on the front panel; a shade covers up the opening; the shade is in mesh material; Velcro® is sewn on the inside of the shade; the top of the shade is sewn to the front panel; the bottom and two sides of the shade is attached to the front panel with zippers; Velcro® is sewn above the top of shade; there is a mesh window on the back panel; shade covers the mesh window; Velcro is sewn on the inside of the shade; top of the shade is sewn to the back panel; the bottom of the shade is attached to the back panel with Velcro®; Velcro® is sewn above the shade.

When the shade on the front opening is unzipped and rolled up, pets are allowed entrance for rest. When not in use, the front and back panel can be unzipped and folded down for storage. The design is simple and usage is easy.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the housing.

FIG. 2 is a rear view of the housing.

2

FIG. 3 is a perspective view, as shown in FIG. 1 wherein the front and side shades are rolled to allow access to the housing and ventilation.

FIG. 4 illustrates the housing being collapsed for storage.

## DETAILED DESCRIPTION OF THE INVENTION

The following description is presented to enable any person skilled in the art to make and use the invention. Various modifications to the embodiments described will be readily apparent to those skilled in the art, and the generic principles defined herein can be applied to other embodiments and applications without departing from the spirit and scope of the present invention as defined by the appended claims. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein. To the extent necessary to achieve a complete understanding of the invention disclosed, the specification and drawings of all patents and patent applications cited in this application are incorporated herein by reference.

FIG. 1 illustrates a kind of pet tent 100, including main body 1, front panel 2 and back panel 3. The top and the two sides of front panel 2 and back panel 3 are connected by, for example, one or more zippers 102, 104 to the main body 1. The zippers can function to provide structure to the soft sides of the tent 100. The bottom edges of the front panel 2 and back panel 3 are sewn to the main body 1. There is an opening 21 in the front panel 2 allowing ingress and egress to the interior of the pet tent 100. The opening 21 is covered by a shade 22 while the top of the shade 22 is attached to the front panel 2 along an edge of the shade by a suitable method, such as sewing. The bottom and two sides of the front panel 2 can be connected to the main body 1 with, for example, one or more zippers 102. The shade 22 can also be connected to the front panel when it is in a down position, i.e., covering the opening 21 of the front panel 2. When the shade 22 is open it can either be pulled away from the front panel 2 and, for example, propped up (like an awning), or rolled up and secured to prevent the shade from obscuring the opening 21.

FIG. 2 is a rear view of the pet tent 100. The back panel 3 is in the shape of "upside down U" (dome shape). The mesh window 31 is installed on the back panel 3. Shade 32 covers the mesh window 31. An attaching mechanism, such as Velcro®, 321 is provided on the back panel 3. The Velcro® is sewn on the inside of the shade 32 and on the back panel 3 above the top of the shade 32 as well as on the back panel 3 at or near where the bottom of the shade would abut. In operation, the shade 32 can be kept in a closed position by, for example, adhering the Velcro® on the shade 32 to the Velcro® located on the back panel 3 at or near the lower edge of the shade 32. Alternatively, the shade 32 can be kept in an open position by, for example, rolling the shade 32 and adhering the Velcro® on the shade to the Velcro® located on the back panel 3 at or near the upper edge of the shade 32. When the shade 32 is open the mesh window 31 is visible and air is allowed to pass through the window into the interior of the pet tent 100. Ideally when the shade is down, air is not excluded from the interior of the tent 100 but its access to the interior is slightly impeded. This acts to prevent cold wind and rain from accessing the interior of the tent 100.

FIG. 3 is a perspective view as shown in FIG. 1 wherein the front 22 and side 12 shade panels are rolled to allow

US 6,715,446 B2

3                                                           4

access to the interior of the housing and ventilation. Further to the description in FIG. 1, FIG. 3 illustrates mesh windows 11 on the sides of the main body 1. Shade panels 12 cover up the mesh windows 11 when extended or enable air to freely pass through the windows when pulled away from the windows or secured above or below the windows. Velcro® 121 is provided as a mechanism to secure the shade panels 12 in either an open position or a closed position, i.e., a position that enables air to freely pass through the mesh windows unimpeded or a position that covers the window and therefore acts to somewhat restrict the air flow.

The top of the shades 12 are sewn to the main body 1 of the tent 100 while the bottom of the shades are attached to the main body 1 with Velcro® 121 when the shade panel is in the closed position. As will be appreciated by those of skill in the art, the shade panels can be configured such that the panels are sewn to the main body 1 along the lower or side edges and secured by the opposing upper edge without departing from the scope of the invention.

Similar to the description above for the rear panel, Velcro® 13 is sewn above top edge of the shade 12 on the main body and along an area where the bottom edge of the shade panel would abut. The shade panel can then be secured in an open position (i.e., enable the air to pass through the mesh window unimpeded) or a closed position.

Loops 14 are provided along the bottom surface of the pet tent 100 to accommodate hardware, such as stakes. When in use, the pet tent 100 can be secured or anchored to the ground by placing suitable stakes, such as those already known in the art, through the loops and into the ground. A handle 15 is sewn on the top of the tent 100 to enable the pet tent to be picked up and moved easily.

In use, the tent is removed from its stored condition and placed in the desired location. The tent body 1 may first be stabilized by putting stakes through the webbing loops 14. This step may, however, be performed later. The front panel 2 and back panel 3 are pulled upward from the bottom panel of the tent so that the front panel 2 and the back panel 3 are positioned perpendicular to the bottom panel to form the frame of the tent 100. In pulling the front panel 2 and rear panel 3 upward, the main body 1 of the tent takes on its domed shaped configuration and the tent is ready to occupy.

The shade 22 on the front panel 2 can be unzipped and rolled-up. Once rolled up the shade 22 can be held in place to allow ingress and egress to the interior of the tent through the opening 21. Suitable mechanisms for holding up the shade are, for example, ties or the use of Velcro® above the shade 23.

Additionally, pads (not shown) can be placed in the interior of the tent 100 to provide a soft comfortable surface on which the pet can rest. If the owner does not want the pet to exit the tent, he or she can zip up the shade 22 and block the opening 21. Adequate ventilation for the pet can nonetheless be maintained whether the shade 22 is opened or closed by the use of the side windows and back window. Thus, for ventilation, the side windows 12, the main body 1 and the shade 32 on back panel 3 can likewise be rolled up and be held in place with a suitable mechanism such as Velcro® above the window 13, 33. The mesh windows 12, 32 will allow ventilation. If the weather gets cold, the shades 12, 32, can be let down and optionally attached with the Velcro® to the panel 1, 3 at the bottom 11, 31 so that the pets will be kept from cold air.

As shown in FIG. 4, when not in use, the zippers 102, 104 which connect the front panel 2 and back panel 3 to the main body 1 are each unzipped. The front panel 2 and back panel

3 can then collapse into a folded down position toward the main body for storage. The configuration of the folded tent is such that the folded tent functions as its own built-in storage bag making storage of the pet tent convenient.

The foregoing description of embodiments of the present invention have been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention and the various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and its equivalence.

What is claimed:

1. A collapsible housing for accommodating a pet comprising:

   a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;

   a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engagable with the first, second, and top sides; and

   wherein said housing is foldable such that:

      the first, second, and top sides are disengaged from said front and back panels;

      the main body is collapsable so that the first, second, and top sides are collapsed on top of said bottom side; and

      the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other.

2. The collapsible housing for accommodating a pet of claim 1, wherein the front panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

3. The collapsible housing for accommodating a pet of claim 1, wherein the back panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

4. The collapsible housing for accommodating a pet of claim 1, wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet.

5. The collapsible housing for accommodating a pet of claim 4, wherein the front opening is mesh.

6. The collapsible housing for accommodating a pet of claim 5, wherein a shade is attached to the front panel above the front opening.

7. The collapsible housing for accommodating a pet of claim 6, wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers.

8. The collapsible housing for accommodating a pet of claim 1, at least one of the first side and the second side has a side mesh window.

9. The collapsible housing for accommodating a pet of claim 8 wherein the side mesh window has a side shade.

10. The collapsible housing for accommodating a pet of claim 9 wherein the side shade is securable above the side mesh window.

11. The collapsible housing for accommodating a pet of claim 1, wherein the top side of the main body has a handle attached thereto.

US 6,715,446 B2

**5**

**12**. The collapsible housing for accommodating a pet of claim **1**, wherein the back panel has a back mesh window.

**13**. The collapsible housing for accommodating a pet of claim **12**, wherein the back mesh window has a back shade.

**14**. The collapsible housing for accommodating a pet of claim **1**, further comprising a plurality of loops for accommodating a plurality of stakes.

**15**. The collapsible housing for accommodating a pet of claim **1**, further comprising a pad placed in the interior on the bottom side.

**16**. A collapsible housing for a pet comprising:

a main body having a bottom side, first side, a second side, and a curved top side, said main body forming a continuous structure;

a front panel, and a back panel said front panel and said back panel joined to the main body on the bottom side and selectively engagable with the first, second, and top sides; and

wherein said housing is foldable such that:

the first, second, and top sides are disengaged from said from said front and back panels;

the main body collapsable so that the first, second, and top sides are collapsed on top of said bottom side;

the front panel and the back panel folded over the collapsed main body with one of the front panel and the back panel folded over the other; and

wherein the bottom surface is then folded in half.

**17**. The collapsible housing for a pet of claim **16**, further comprising a plurality of loops for accommodating a plurality of stakes.

**18**. The collapsible housing for a pet of claim **16**, wherein the front panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**6**

**19**. The collapsible housing for a pet of claim **16**, wherein the back panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**20**. The collapsible housing for a pet of claim **16**, wherein the front panel further has a front opening that allows access to the housing.

**21**. The collapsible housing for a pet of claim **20**, wherein the front opening is mesh.

**22**. The collapsible housing of claim **21**, wherein a shade is attached to the front panel above the front opening.

**23**. The collapsible housing of claim **22**, wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers.

**24**. The collapsible housing for a pet of claim **16**, wherein at least one of the first side and the second side has a side mesh window.

**25**. The collapsible housing for a pet of claim **24**, wherein the side mesh window has a side shade.

**26**. The collapsible housing for a pet of claim **25**, wherein the side shade is securable above the side mesh window.

**27**. The collapsible housing of claim **16**, wherein the top side of the main body has a handle attached thereto.

**28**. The collapsible housing for a pet of claim **16**, wherein the back panel has a back mesh window.

**29**. The collapsible housing for a pet of claim **28**, wherein the back mesh window has a back shade.

**30**. The collapsible housing for accommodating a pet of claim **16**, further comprising a pad placed in the interior on the bottom side.

*   *   *   *   *

Case 3:19-cv-02947 Document [illegible] Filed [illegible] Page 16 of 21

US006715446C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (7913th)

# United States Patent
## Chou

(10) **Number:** US 6,715,446 C1
(45) **Certificate Issued:** Dec. 7, 2010

(54) **PET TENT**

(75) Inventor: **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee: **Yuntek International, Inc.**, Hayward, CA (US)

**Reexamination Request:**
No. 90/010,942, Apr. 5, 2010

**Reexamination Certificate for:**
Patent No.: **6,715,446**
Issued: **Apr. 6, 2004**
Appl. No.: **10/290,553**
Filed: **Nov. 8, 2002**

(51) **Int. Cl.**
*A01K 29/00* (2006.01)
*A01K 13/00* (2006.01)
*A45C 7/00* (2006.01)
*E04H 15/40* (2006.01)

(52) **U.S. Cl.** ........................ **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,397,398 A | 8/1983 | Watanabe | |
| 4,665,935 A | 5/1987 | Nichols | |
| 5,335,618 A | 8/1994 | Zarola | |
| 5,918,711 A | 7/1999 | Godshaw | |
| 5,931,120 A | 8/1999 | Burns et al. | |
| 6,076,485 A | 6/2000 | Peeples et al. | |

*Primary Examiner*—Beverly M. Flanagan

(57) **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.



US 6,715,446 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claim **1** is determined to be patentable as amended.

Claims **2-15**, dependent on an amended claim, are determined to be patentable.

Claims **16-30** were not reexamined.

**1**. A collapsible housing for accommodating a pet comprising:

**2**

a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;

a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides; and

wherein said housing is foldable such that:

the first, second, and top sides are disengaged from said front and back panels, *wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body*;

the main body is [collapsable] *collapsible* so that the first, second, and top sides are collapsed on top of said bottom side; and

the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other.

\*    \*    \*    \*    \*

Case 3:19-cv-02947 Document ... Filed ... Page 18 of 21

US006715446C2

(12) **INTER PARTES REEXAMINATION CERTIFICATE** (0442nd)

# United States Patent
Chou

(10) **Number:** US 6,715,446 C2
(45) **Certificate Issued:** Aug. 28, 2012

(54) **PET TENT**

(75) Inventor: **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee: **Yuntek International, Inc.,** Hayward, CA (US)

**Reexamination Request:**
No. 95/001,513, Dec. 15, 2010

**Reexamination Certificate for:**
Patent No.: **6,715,446**
Issued: **Apr. 6, 2004**
Appl. No.: **10/290,553**
Filed: **Nov. 8, 2002**

Reexamination Certificate C1 6,715,446 issued Dec. 7, 2010

(51) **Int. Cl.**
*A01K 29/00* (2006.01)
*A01K 13/00* (2006.01)
*E04H 15/40* (2006.01)
*A45C 7/00* (2006.01)

(52) **U.S. Cl.** ........................ **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Classification Search** ................... 119/497
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 95/001,513, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner*—Robert M. Fetsuga

(57) **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.



US 6,715,446 C2

**1**

# INTER PARTES REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-5**, **8-16** and **20-22** are cancelled.

Claims **6**, **7**, **17-19**, **23**, **24**, **27**, **28** and **30** are determined to be patentable as amended.

Claims **25**, **26** and **29**, dependent on an amended claim, are determined to be patentable.

New claims **31-65** are added and determined to be patentable.

**6.** [The collapsible housing for accommodating a pet of claim **5**.] *A collapsible housing for accommodating a pet comprising:*

*a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides such that, when arranged substantially perpendicular to the bottom side, said front panel and said back panel form a frame for said housing; and*

*wherein said housing is foldable such that:*

*the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body;*

*the main body is collapsed so that the first, second, and top sides are collapsed on top of said bottom side; and*

*the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other;*

*wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet;*

*wherein the front opening is provided with a front shade made of mesh;*

*wherein* [a] *the front* shade is attached to the front panel above the front opening*; and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers*.

**7.** [The collapsible housing for accommodating a pet of claim **6**.] *A collapsible housing for accommodating a pet comprising:*

*a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides;*

**2**

*wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet;*

*wherein a front shade is attached to the front panel above the front opening;*

*wherein the front shade is mesh;*

*wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more* [zippers.] *zippers; and*

*wherein said housing is foldable such that:*

*the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body;*

*the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side; and*

*the front panel and back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other.*

**17.** The collapsible housing for a pet of [claim **16**.] *claim 23,* further comprising a plurality of loops for accommodating a plurality of stakes.

**18.** The collapsible housing for a pet of [claim **16**.] *claim 23,* wherein the front panel is selectively [engageable] *engageable* with the first, second, and top sides of the main body by a zipper.

**19.** The collapsible housing for a pet of [claim **16**.] *claim 23,* wherein the back panel is selectively [engageable] *engageable* with the first, second, and top sides of the main body by a zipper.

**23.** [The collapsible housing of claim **22**.] *A collapsible housing for a pet comprising:*

*a main body having a bottom side, first side, a second side, and a curved top side, said main body forming a continuous structure;*

*a front panel, and a back panel said front panel and said back panel joined to the main body of the bottom side and selectively engageable with a first, second, and top sides;*

*wherein the front panel further has a front opening that allows access to the housing;*

*wherein a front shade is attached to the front panel above the front opening;*

*wherein the front shade is mesh;*

*wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more* [zippers.] *zippers;*

*wherein said housing is foldable such that:*

*when the first, second, and top sides are disengaged from said front and back panels;*

*the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side;*

*the front panel and the back panel folded over the collapsed main body with one of the front panel and the back panel folded over the other; and*

*the bottom side is then folded in half.*

**24.** The collapsible housing for a pet of [claim **16**.] *claim 23,* wherein at least one of the first side and the second side has a side mesh window.

**27.** The collapsible housing of [claim **16**.] *claim 23,* wherein the top side of the main body has a handle attached thereto.

**3**

**28**. The collapsible housing for a pet of [claim **16**.] *claim 23*, wherein the back panel has a back mesh window.

**30**. The collapsible housing for accommodating a pet of [claim **16**.] *claim 23*, further comprising a pad placed in the interior on the bottom side.

*31. The collapsible housing for accommodating a pet of claim 7, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*32. The collapsible housing for accommodating a pet of claim 7, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*33. The collapsible housing for accommodating a pet of claim 7, wherein at least one of the first side and the second side has a side mesh window.*

*34. The collapsible housing for accommodating a pet of claim 33 wherein the side mesh window has a side shade.*

*35. The collapsible housing for accommodating a pet of claim 34 wherein the side shade is securable above the side mesh window.*

*36. The collapsible housing for accommodating a pet of claim 7, wherein the top side of the main body has a handle attached thereto.*

*37. The collapsible housing for accommodating a pet of claim 7, wherein the back panel has a back mesh window.*

*38. The collapsible housing for accommodating a pet of claim 37, wherein the back mesh window has a back shade.*

*39. The collapsible housing for accommodating a pet of claim 7, further comprising a plurality of loops for accommodating a plurality of stakes.*

*40. The collapsible housing for accommodating a pet of claim 7, further comprising a pad placed in the interior on the bottom side.*

*41. A collapsible housing for accommodating a pet comprising:*

*a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body;*

*a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet;*

*a back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body;*

*wherein a front shade is attached to the front panel above the front opening and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers;*

*wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; and*

*wherein, the housing is foldable such that, the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and*

**4**

*the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel.*

*42. The collapsible housing for accommodating a pet of claim 41, wherein the front shade comprises mesh.*

*43. The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle attached thereto.*

*44. The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle sewn thereto.*

*45. The collapsible housing for accommodating a pet of claim 41, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*46. The collapsible housing for accommodating a pet of claim 41, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*47. The collapsible housing for accommodating a pet of claim 41, wherein at least one of the first side and the second side has a side mesh window.*

*48. The collapsible housing for accommodating a pet of claim 47, wherein the side mesh window has a side shade.*

*49. The collapsible housing for accommodating a pet of claim 48, wherein the side shade comprises a fastener to secure the side shade above the side mesh window.*

*50. The collapsible housing for accommodating a pet of claim 41, wherein the back panel has a back mesh window.*

*51. The collapsible housing for accommodating a pet of claim 50, wherein the back mesh window has a back shade.*

*52. The collapsible housing for accommodating a pet of claim 41, further comprising a plurality of loops connected to the bottom side of the main body for accommodating a plurality of stakes.*

*53. The collapsible housing for accommodating a pet of claim 41, further comprising a pad positioned inside the main body on top of the bottom side of the main body.*

*54. A collapsible housing for accommodating a pet comprising:*

*a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body;*

*a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet;*

*a front mesh shade attached to the front panel above the front opening wherein a bottom side, a first side and a second side of the front mesh shade are selectively engageable with one or more zippers to the front panel;*

*a back panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body;*

*wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and the back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body;*

US 6,715,446 C2

**5**

wherein, the collapsible housing is foldable such that the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel.

55. The collapsible housing for accommodating a pet of claim 54, further comprising a handle attached to said top side of said main body.

56. The collapsible housing for accommodating a pet of claim 54, further comprising a handle sewn to the top side of the main body.

57. The collapsible housing for accommodating a pet of claim 54, further comprising:

a first mesh window in the first side; and

a second mesh window in the second side.

58. The collapsible housing for accommodating a pet of claim 54, further comprising:

a first mesh window in the first side;

a second mesh window in the second side;

a first shade securable over the first mesh window; and

a second shade securable over the second mesh window.

59. The collapsible housing for accommodating a pet of claim 54, further comprising:

a first mesh window in the first side;

a second mesh window in the back panel;

a first side shade securable over the first mesh window; and

a second side shade securable over the second mesh window.

60. The collapsible housing for accommodating a pet of claim 54, further comprising:

**6**

a first mesh window in the first side;

a second mesh window in the second side;

a first shade securable over the first mesh window;

a second shade securable over the second mesh window;

a first fastener for holding open the first mesh window; and

a second fastener for holding open the second mesh window.

61. The collapsible housing for accommodating a pet of claim 54, further comprising:

a first mesh window in the first side;

a second mesh window in the back panel;

a first side shade securable over the first mesh window;

a second side shade securable over the second mesh window;

a first fastener for holding open the first mesh window; and

a second fasterner for holding open the second mesh window.

62. The collapsible housing for accommodating a pet of claim 54, further comprising a plurality of loops connected to the bottom side for accommodating a plurality of stakes.

63. The collapsible housing for accommodating a pet of claim 54, further comprising a plurality of loops connected to the bottom side for accommodating a plurality of stakes and in combination with a plurality of stakes for securing said collapsible housing to the ground.

64. The collapsible housing for accommodating a pet of claim 54, further comprising a pad placed inside the housing covering the bottom side of said main body.

65. The collapsible housing for accommodating a pet of claim 54, further comprising a fastener for holding open the front mesh shade.

\* \* \* \* \*