AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Yuntek International, Inc.

                Plaintiff (s),

V.

Go Pet Club LLC

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-02947-JSW

Notice is hereby given that, subject to approval by the court, __Go Pet Club LLC__ substitutes
(Party (s) Name)

__Craig Gelfound__, State Bar No. __176378__ as counsel of record in
(Name of New Attorney)

place of __Ryan Tyz and Ciara N. McHale__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Arent Fox LLP
    Address:    555 West Fifth Street, 48th Floor, Los Angeles, CA 90013
    Telephone:    (213) 629-7400    Facsimile  (213) 629-7401
    E-Mail (Optional):    craig.gelfound@arentfox.com

I consent to the above substitution.
Date: 9/6/19

Cindy Trinh on behalf of Go Pet Club LLC
*(Signature of Party (s))*

I consent to being substituted.
Date: 9/6/19

Ryan Tyz    Ciara N. McHale
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 9/6/2019

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                     Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**