1  KILPATRICK TOWNSEND & STOCKTON LLP
   MANSI H. SHAH (State Bar No. 244669)
2  NORRIS P. BOOTHE (State Bar No. 307702)
   1080 Marsh Road
3  Menlo Park, CA  94025
   Telephone: 650-326-2400
4  Facsimile:  650-326-2422
   Email:  mhshah@kilpatricktownsend.com
5  Email:  nboothe@kilpatricktownsend.com

6  Attorneys for Plaintiff
   YUNTEK INTERNATIONAL, INC.
7
   ARENT FOX LLP
8  CRAIG A. GELFAND (SBN 176378)
   JEFF LEUNG (SBN 310960)
9  555 West Fifth Street, 48th floor
   Los Angeles, CA  90013-1065
10 Telephone:  213-629-7400
   Facsimile:  213-629-7401
11 Email:  craig.gelfound@arentfox.com
   Email:  jeff.leung@arentfox.com
12
   Attorneys for Defendant
13 GO PET CLUB, LLC

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16
   YUNTEK INTERNATIONAL, INC.,          Case No.  4:19-cv-02947-JSW
17 a California corporation,
                                        **JOINT SUPPLEMENTAL CASE**
18        Plaintiff,                     **MANAGEMENT CONFERENCE**
                                        **STATEMENT**
19 v.
                                        Date:   March 6, 2020
20 GO PET CLUB LLC,                     Time:   11:00 a.m.
                                        Dept.:  Courtroom 5, 2nd Floor
21        Defendant.                    Judge: The Honorable Jeffrey S. White

22                                      **DEMAND FOR JURY TRIAL**

23

24        Pursuant to the Court's minute entry Docket Number 31, Plaintiff Yuntek International,

25 Inc. ("Yuntek") and Defendant Go Pet Club LLC ("GPC") (collectively "the Parties") hereby

26 submit the following Joint Supplemental Case Management Conference Statement.  In accordance

27 with Judge White's instructions, this supplemental case management conference statement is

28 limited to new information since the Parties' prior joint case management conference statement



JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 4:19-CV-02947-JSW                                                              1

1    (Dkt. 30).

2    **I.       DISCOVERY**

3          GPC served interrogatories and requests for production on Yuntek on October 25, 2019.

4    Yuntek served interrogatories and requests for production on GPC on October 29, 2019.  The

5    Parties have responded to each side's respective interrogatories and requests for production,

6    although responses have been limited to licensing, basic product information, and financial issues

7    related to damages.  Should the Parties not reach a settlement soon, they will be supplementing

8    their prior responses to address other topics made in the discovery requests.  The Parties have not

9    yet taken any depositions.

10   **II.      SETTLEMENT AND ADR**

11         The Parties engaged in settlement discussions on February 27, 2020 for several hours, but

12   were unable to reach an agreement.  Per Magistrate Judge Corley's request, counsel for the Parties

13   are following-up with her on a conference call on March 3rd at 10:00 a.m.

14

15   DATED:  February 28, 2020          Respectfully submitted,

16                                     KILPATRICK TOWNSEND & STOCKTON LLP

17

18                                     By: */s/ Norris P. Boothe*
                                          NORRIS P. BOOTHE
19                                        MANSI H. SHAH

20                                     Attorneys for Plaintiff
                                       Yuntek International, Inc.

21   DATED:  February 28, 2020          Respectfully submitted,

22                                     ARENT FOX LLP

23

24                                     By: */s/ Craig A. Gelfound*
                                          CRAIG A. GELFAND
25                                        JEFF LEUNG

26                                     Attorneys for Defendant
                                       Go Pet Club LLC
27

28

JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 4:19-CV-02947-JSW                                                    2

1

## CIVIL LOCAL RULE 5-1 ATTESTATION

2

3

I, Norris P. Boothe am the ECF user whose credentials were utilized in the electronic filing

of this document.  In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Craig

4

Gelfound concurred in the filing of this document.

5

6  DATED:  February 28, 2020            Respectfully submitted,

7                                       KILPATRICK TOWNSEND & STOCKTON LLP

8

9                                       By: */s/ Norris P. Boothe*
                                            NORRIS P. BOOTHE
10
                                        Attorneys for Plaintiff
11                                      Yuntek International, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 4:19-CV-02947-JSW                                                            3