KILPATRICK TOWNSEND & STOCKTON LLP
MANSI H. SHAH (State Bar No. 244669)
NORRIS P. BOOTHE (State Bar No. 307702)
1080 Marsh Road
Menlo Park, CA  94025
Telephone: 650-326-2400
Facsimile:  650-326-2422
Email:  mhshah@kilpatricktownsend.com
Email:  nboothe@kilpatricktownsend.com

Attorneys for Plaintiff
YUNTEK INTERNATIONAL, INC.

ARENT FOX LLP
CRAIG A. GELFOUND (SBN 176378)
JEFF LEUNG (SBN 310960)
555 West Fifth Street, 48th floor
Los Angeles, CA  90013-1065
Telephone:  213-629-7400
Facsimile:   213-629-7401
Email:  craig.gelfound@arentfox.com
Email:  jeff.leung@arentfox.com

Attorneys for Defendant
GO PET CLUB, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GO PET CLUB LLC,<br><br>Defendant. | Case No.  4:19-cv-02947-JSW<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT:

Plaintiff Yuntek International, Inc. ("Yuntek" or "Plaintiff") and Defendant Go Pet Club LLC ("GPC" or the "Defendant"), by and through their undersigned counsel, hereby STIPULATE to the voluntary dismissal of this action, including Defendant's Counterclaims, without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

1     IT IS SO STIPULATED, through Counsel of Record.

2

3   DATED:  August 17, 20200     Respectfully submitted,

4                                     KILPATRICK TOWNSEND & STOCKTON LLP

5                                     By: */s/ Norris P. Boothe*

6                                         MANSI H. SHAH
                                        NORRIS P. BOOTHE

7                                     Attorneys for Plaintiff
                                    Yuntek International, Inc.

8

9   DATED:  August 17, 2020     Respectfully submitted,

10                                  ARENT FOX LLP

11

12                                By: */s/ Craig A. Gelfound*
                                     CRAIG A. GELFOUND

13                                      JEFF LEUNG

14                                   Attorneys for Defendant
                                  Go Pet Club LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28



## **CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Norris P. Boothe, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Craig Gelfound concurred in the filing of this document.

DATED: August 17, 2020    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Norris P. Boothe*
    NORRIS P. BOOTHE

Attorneys for Plaintiff
Yuntek International, Inc.

